DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Defendant
*US BANCORP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA GATES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVIENT; NELNET LOAN SERVICES; GREAT LAKES EDUCATIONAL LOANSERVICES; TRANS UNION LLC; and U.S. BANKCORP,<br><br>Defendants. | Case No.: 2:19-CV-01710-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR US BANCORP TO RESPOND TO COMPLAINT** |

Plaintiff Amanda Gates, by and through her counsel, KNEPPER & CLARK LLC, and Defendant US Bancorp ("*US Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for US Bank to respond to Plaintiff's Complaint, which response is currently due October 31, 2019, up to and including **November 21, 2019**.

This extension will allow US Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents. This is the first request for

///

///

///

an extension to US Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED this _____ day of October, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **DUANE MORRIS LLP** |
| By: /s/ *Miles N. Clark* <br> Miles N. Clark (SBN 13848) | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) |
| Attorneys for Plaintiff | Attorneys for Defendant *US Bancorp* |

**IT IS SO ORDERED** this 22nd day of October, 2019.

_____
US District ~~Court~~ Magistrate Judge