**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

\*\*Designated Attorney for Personal Service\*\*
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA GATES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, NAVIENT, NELNET LOAN SERVICES, GREAT LAKES EDUCATION LOAN SERVICES, TRANS UNION LLC, and U.S. BANKCORP,<br><br>Defendants. | Case No. 2:19-cv-01710-APG-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Amanda Gates ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 1, 2019, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 24, 2019. The allegations in Plaintiff's Complaint date back to December 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union, and Trans Union's investigation of any such disputes. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations

4016772.1

1

in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 14, 2019.  This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 23rd day of October 2019.

        **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

        */s/ Jennifer Bergh*
        **JENNIFER BERGH**
        Nevada Bar No. 14480
        6900 N. Dallas Parkway, Suite 800
        Plano, TX 75024
        (214) 871-2100
        (214) 871-2111 Fax
        jbergh@qslwm.com
        **Counsel for Trans Union LLC**

        **HAINES & KRIEGER, LLC AND KNEPPER & CLARK LLC**

        */s/ Miles N. Clark*
        **DAVID H. KRIEGER**
        Nevada Bar No. 9086
        8985 S. Eastern Ave., Suite 350
        Henderson, NV 89123
        (702) 880-5554
        (702) 385-5518 Fax
        dkrieger@hainesandkrieger.com
        and
        **MATTHEW I. KNEPPER**
        Nevada Bar No. 12796
        **MILES N. CLARK**
        Nevada Bar No. 13848
        5510 S. Fort Apache Road, Suite 30
        Las Vegas, NV 89148
        (702) 825-6060
        (702) 447-8048 Fax
        Matthew.knepper@knepperclark.com
        Miles.clark@knepperclark.com
        plaksin@knepperclark.com
        **Counsel for Plaintiff**

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 24th day of October, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

4016772.1