BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1  EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
   eellis@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, NV 89106-4614
   Telephone: 702.382.2101
4  Facsimile: 702.382.8135

5  *Attorneys for Defendants NELNET LOAN SERVICES
   and GREAT LAKES EDUCATIONAL LOAN
6  SERVICES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA GATES, | CASE NO.: 2:19-cv-01710-APG-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION AND ORDER EXTENDING DEFENDANTS NELNET LOAN SERVICES AND GREAT LAKES EDUCATIONAL LOAN SERVICE'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; NAVIENT; NELNET LOAN SERVICES; GREAT LAKES EDUCATIONAL LOAN SERVICES; TRANS UNION LLC; AND U.S. BANKCORP, | |
| Defendants. | **(FIRST REQUEST)** |

Plaintiff AMANDA GATES ("Plaintiff") and Defendants NELNET LOAN SERVICES and GREAT LAKES EDUCATIONAL SERVICES ("Nelnet Defendants"), by and through their respective counsel, file this Joint Motion Extending Nelnet Defendants' Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 1, 2019, Plaintiff filed her Complaint. The current deadlines for the Nelnet Defendants to answer or otherwise respond to Plaintiff's Complaint are October 25, 2019 and November 7, 2019. The claims at issue necessitate additional time for fact-finding. Further, the Nelnet Defendants are in the process of acquiring and reviewing all relevant documents so they can meaningfully respond to the specific allegations contained in Plaintiff's Complaint. Moreover, undersigned counsel was just retained by the Nelnet Defendants in this action, and therefore requires additional time to investigate the allegations and claims asserted against the

19916603

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Nelnet Defendants. Plaintiff has no opposition to Nelnet Defendants' request for an extension until November 15, 2019, to file an answer or otherwise respond to Plaintiff's Complaint.

The parties submit that this is the first joint motion for extension of time for Nelnet Defendants to respond to Plaintiff's Complaint, the request is not brought for purpose of delay, and good cause exists for granting the same.[1]

DATED this 4th day of November, 2019.

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        By: */s/ Emily A. Ellis*
           Emily A. Ellis, Esq.
           Nevada Bar No. 11956
           100 North City Parkway, Suite 1600
           Las Vegas, NV 89106-4614

        Attorneys for Defendants NELNET LOAN SERVICES and GREAT LAKES EDUCATIONAL LOAN SERVICES

        HAINES & KRIEGER, LLC

        By: */s/ David H. Krieger*
           David H. Krieger, Esq.
           Nevada Bar No. 9086
           8985 S. Eastern Ave., Suite 350
           Henderson, NV 89123
           Email: dkrieger@hainesandkrieger.com

        and

        KNEPPER & CLARK LLC

        By: */s/ Matthew I. Knepper*
           Matthew I. Knepper, Esq.
           Nevada Bar No. 12796
           Miles N. Clark, Esq.
           Nevada Bar No. 13848
           5510 S. Fort Apache Road, Suite 30
           Las Vegas, NV 89148-7700
           Emails:
           matthew.knepper@knepperclark.com
           miles.clark@knepperclark.com

        Attorneys for Plaintiff AMANDA GATES

---

[1] A Proposed Order granting the motion is attached hereto as Exhibit A.

19916603

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **JOINT MOTION AND [PROPOSED] ORDER EXTENDING DEFENDANTS NELNET LOAN SERVICES and GREAT LAKES EDUCATIONAL LOAN SERVICE'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was served via electronic service on the 4th day of November, 2019, and to the addresses shown below:

| | |
|---|---|
| Jennifer R. Bergh, Esq.<br>QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Email: jbergh@qslwm.com<br><br>*Counsel for Defendant Trans Union LLC* | Trevor Waite, Esq.<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com<br><br>*Designated Attorney for Personal Service for Counsel for Trans Union LLC* |
| David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff Amanda Gates* | Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br>Emails:<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>*Attorneys for Plaintiff Amanda Gates* |
| Michael R. Ayers, Esq.<br>HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON<br>800 S. Meadow Parkway, Suite 800<br>Reno, NV 89521<br>Email: mayers@nevadafirm.com<br><br>*Attorneys for Defendant Navient Solutions, LLC* | Jeremy J. Johnson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Attorneys for Defendant Equifax Information Services, LLC* |

. . .

. . .

19916603

3

| | |
|---|---|
| Dominica C. Anderson, Esq.<br>Tyson E. Hafen, Esq.<br>DUANE MORRIS, LLP<br>100 North City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>Email: dcanderson@duanemorris.com<br>tehafen@duanemorris.com<br><br>*Attorneys for Defendant U.S. BankCorp* | |

             */s/ Paula Kay*                      
          an employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

19916603

4

## INDEX OF EXHIBITS

**EXHIBIT A:** [Proposed] Order

# EXHIBIT A

# [PROPOSED] ORDER

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA GATES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVIENT; NELNET LOAN SERVICES; GREAT LAKES EDUCATIONAL LOAN SERVICES; TRANS UNION LLC; AND U.S. BANKCORP,<br><br>Defendants. | CASE NO.: 2:19-cv-01710-APG-VCF<br><br>**ORDER RE JOINT MOTION EXTENDING DEFENDANTS NELNET LOAN SERVICES AND GREAT LAKES EDUCATIONAL LOAN SERVICE'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

19911139

The Court having considered the Joint Motion Extending Defendants Nelnet Loan Services and Great Lakes Educational Loan Service's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint (First Request) ("Joint Motion for Extension of Time"), finds as follows:

IT IS HEREBY ORDERED that the Joint Motion for Extension of Time is GRANTED.

IT IS FURTHER ORDERED that Defendants Nelnet Loan Services and Great Lakes Educational Loan Service shall have up to and including November 15, 2019, to respond to Plaintiff's Complaint.

DATED this 6th day of November, 2019

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101