DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Defendant
*US BANCORP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA GATES,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NAVIENT; NELNET LOAN SERVICES; GREAT LAKES EDUCATIONAL LOANSERVICES; TRANS UNION LLC; and U.S. BANKCORP,<br><br>  Defendants. | Case No.: 2:19-CV-01710-APG-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT US BANCORP'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Amanda Gates ("***Plaintiff***" or "***Gates***"), by and through her counsel, KNEPPER & CLARK LLC and HAINES & KRIEGER, LLC, and defendant US Bancorp, erroneously sued as "U.S. Bankcorp" ("***Defendant***" or "***US Bank***"), by and through its counsel, DUANE MORRIS LLP, file this Joint Motion Extending Defendant US Bancorp's Time to File a Response to Plaintiff's Complaint (Second Request).

On October 1, 2019, Plaintiff filed her Complaint. On October 22, 2019, US Bank and Plaintiff filed a Stipulation to Extend the time for US Bank to respond to Plaintiff's Complaint (ECF No. 5), and on October 22, 2019 the Court issued an order granting the stipulation (ECF No. 8). The current deadline for US Bank to respond to Plaintiff's Complaint is November 21, 2019. The allegations in Plaintiff's Complaint date back to December 2018 and include an allegation

pertaining to a U.S. Bank account and inaccurate credit bureau reporting. US Bank needs additional time to identify pertinent documents and loan files, investigate Plaintiff's claims, and respond to the allegations and details in Plaintiff's Complaint. Plaintiff and US Bank are also exploring the possibility of an early resolution of Plaintiff's claims against US Bank.

Plaintiff has agreed to extend the deadline in which US Bank has to respond to Plaintiff's Complaint up to and including **December 12, 2019**. This request is being made in good faith and not for the purpose of undue delay.

DATED November 14, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **DUANE MORRIS LLP** |
| By: /s/ *Miles N. Clark* <br> Matthew I. Knepper (SBN 12796( <br> Miles N. Clark (SBN 13848) | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) |
| **HAINES & KRIEGER, LLC** <br> David H. Krieger (SBN 9086) | Attorneys for Defendant *US Bancorp* |
| Attorneys for Plaintiff *Amanda Gates* | |

**IT IS SO ORDERED** this 14th day of November, 2019.

_____
US ~~District Court~~ Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **JOINT MOTION AND ORDER EXTENDING DEFENDANT US BANCORP'S TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP