1  **JENNIFER BERGH**
   Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
   **WINSLETT & MOSER, P.C.**
3  6900 N. Dallas Parkway, Suite 800
   Plano, Texas 75024
4  Telephone: (214) 560-5460
5  Facsimile:  (214) 871-2111
   jbergh@qslwm.com
6  COUNSEL FOR TRANS UNION LLC
7  **Designated Attorney for Personal Service**
   Trevor Waite, Esq.
8  Nevada Bar No.: 13779
9  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA GATES,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, NAVIENT, NELNET LOAN SERVICES, GREAT LAKES EDUCATION LOAN SERVICES, TRANS UNION LLC, and U.S. BANKCORP,<br><br>Defendants. | Case No. 2:19-cv-01710-APG-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Amanda Gates ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Second Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 1, 2019, Plaintiff filed her Complaint. On October 23, 2019, Trans Union filed the First Joint Motion Extending Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 14, 2019. The allegations in Plaintiff's Complaint date back to December 2018 and relate to multiple accounts allegedly reporting on Plaintiff's credit file. Trans Union needs additional time to investigate Plaintiff's claims and respond to the allegations

and details in Plaintiff's Complaint.  Plaintiff and Trans Union are also exploring the possibility of an early resolution of Plaintiff's claims against Trans Union.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 25, 2019.  This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.  This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 13th day of November 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

 /s/ Jennifer Bergh
_____
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**HAINES & KRIEGER, LLC AND KNEPPER & CLARK LLC**

 /s/ Miles N. Clark
_____
**DAVID H. KRIEGER**
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
and
**MATTHEW I. KNEPPER**
Nevada Bar No. 12796
**MILES N. CLARK**
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
(702) 825-6060
(702) 447-8048 Fax
Matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com
plaksin@knepperclark.com
**Counsel for Plaintiff**

2

4071647.1

**ORDER**

The Second Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 15th day of November, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

4071647.1