# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA GATES, | Case No.: 2:19-cv-01710-APG-VCF |
| Plaintiff | **Order Denying Motions to Dismiss as Moot** |
| v. | [ECF Nos. 25, 29] |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 30),

I ORDER that the motions to dismiss **(ECF Nos. 25, 29) are DENIED as moot** because they are directed at the original complaint.

DATED this 2nd day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE